UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SETH STERN, et al.<br><br>                  Plaintiffs,<br><br>       v.<br><br>JPMORGAN CHASE & CO., et al.<br><br>                  Defendants. | Case No. 1:25-cv-02097<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO DISMISS THE CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that Defendants JPMorgan Chase & Co., JPMorgan Chase Bank N.A., JPMorgan Chase U.S. Benefits Executive, JPMorgan Chase Compensation & Management Development Committee, Bernadette J. Branosky, Stephen B. Burke, Linda B. Bammann, Todd A. Combs, and Virginia M. Rometty ("Defendants") by their undersigned counsel, will move this Court, on a date and time to be determined by the Court, for an Order dismissing with prejudice the Complaint due to lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6). In support of their Motion, Defendants rely on the Memorandum in Support of Defendants' Motion to Dismiss the Class Action Complaint, the Declaration of Dave Rosenberg in Support of Defendants' Motion to Dismiss the Class Action Complaint, and the exhibits attached thereto, filed concurrently herewith.

Dated: June 3, 2025                              Respectfully submitted,

                                                 /s/ *James O. Fleckner*
                                                 James O. Fleckner, *admitted pro hac vice*
                                                 Dave Rosenberg, *admitted pro hac vice*
                                                 GOODWIN PROCTER LLP
                                                 100 Northern Avenue

Boston, MA 02210
Tel.: (617) 570-1000
jfleckner@goodwinlaw.com
drosenberg@goodwinlaw.com

Gabrielle L. Gould
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel.: (212) 813-8800
ggould@goodwinlaw.com

Jaime A. Santos, *admitted pro hac vice*
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036
Tel: (202) 346-4000
jsantos@goodwinlaw.com