UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLAINTIFFS SETH STERN, ANGELA BINDNER, and MARIANNE SCHMITT, on their own behalf, on behalf of all others similarly situated, and on behalf of the JPMorgan Chase Health Care and Insurance Program for Active Employees and its component Medical Plan,<br><br>        Plaintiffs,<br><br> v.<br><br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK N.A., JPMORGAN CHASE U.S. BENEFITS EXECUTIVE, JPMORGAN CHASE COMPENSATION & MANAGEMENT DEVELOPMENT COMMITTEE, BERNADETTE J. BRANOSKY, STEPHEN B. BURKE, LINDA B. BAMMANN, TODD A. COMBS, AND VIRGINIA M. ROMETTY,<br><br>        Defendants. | Case No. 1:25-cv-02097 (JLR) |

**PLAINTIFFS' NOTICE OF DISMISSAL OF INDIVIDUAL DEFENDANTS**

Pursuant to Paragraph 3 of the Parties' Joint Stipulation Regarding JPMorgan Chase Compensation & Management Development Committee and Individual Defendants (ECF 32), and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Seth Stern, Angela Bindner, and Marianne Schmitt ("Plaintiffs") hereby voluntarily dismiss, <u>without prejudice</u>, all claims asserted in this action against Individual Defendants Bernadette J. Branosky, Stephen B. Burke, Linda B. Bammann, Todd A. Combs, and Virginia M. Rometty.

This Notice of Dismissal only applies to the above-named Individual Defendants, and all claims against the remaining Defendants are expressly preserved.

1

Dated: July 2, 2025          Respectfully Submitted,

           /s/ *Michael Eisenkraft*
Michael Eisenkraft
COHEN MILSTEIN SELLERS & TOLL, PLLC
88 Pine Street, 14th Floor
New York, New York 10005
(212) 838-7797
meisenkraft@cohenmilstein.com

Michelle Yau (admitted *pro hac vice*)
Daniel Sutter (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW, Eighth Floor
Washington, D.C. 20005
(202) 408-4600
myau@cohenmilstein.com
dsutter@cohenmilstein.com

Kai Richter (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
400 South 4th Street #401-27
Minneapolis, MN 55415
(612) 807-1575
krichter@cohenmilstein.com

Michael Lieberman (admitted *pro hac vice*)
Tamar Katz (admitted *pro hac*)
FAIRMARK PARTNERS, LLP
1001 G Street NW
Suite 400 East
Washington, DC 20001
Ph: (619) 507-4182
Email: michael@fairmarklaw.com
tamar@fairmarklaw.com

*Attorneys for Plaintiffs and the Proposed Class*