UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SETH STERN, ANGELA BINDNER, and
MARIANNE SCHMITT, on their own behalf,
on behalf of all others similarly situated, and
on behalf of the JPMorgan Chase Health Care
and Insurance Program for Active Employees
and its component Medical Plan,

      Plaintiffs,

  -against-

JPMORGAN CHASE & CO., JPMORGAN
CHASE BANK N.A., JPMORGAN CHASE
U.S. BENEFITS EXECUTIVE, and
JPMORGAN CHASE COMPENSATION &
MANAGEMENT DEVELOPMENT
COMMITTEE,

      Defendants.

Case No. 1:25-cv-02097 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court will hear oral argument on Defendant's motion to dismiss on **February 13, 2026, at 10:00 a.m.**, in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: January 16, 2026
   New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge